IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:17-CV-21143 MOORE/McALILEY

SHARON BIONE,

    Plaintiff,
vs.

ROYAL CARIBBEAN CRUISES LTD.,
ROGER ALBERT VOYAGES, SARL, and
YKÉVA, SARL,

    Defendants.                                    /

## NOTICE OF SETTLEMENT

Pursuant to ECF No. 6, Plaintiff SHARON BIONE, by and through undersigned counsel, informs the Court that all pending claims between Plaintiff and the Defendants have been settled.

## CERTIFICATE OF SERVICE

I CERTIFY that on October 5, 2017 I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

    Respectfully submitted,

    LIPCON, MARGULIES,
    ALSINA & WINKLEMAN, P.A.
    *Attorneys for Plaintiff*
    One Biscayne Tower, Suite 1776
    2 South Biscayne Boulevard
    Miami, Florida 33131
    Tel. (305) 373-3016
    Fax (305) 373-6204

By: */s/ Adria G. Notari*
    **ADRIA G. NOTARI**
    Florida Bar No. 87272
    Email: anotari@lipcon.com

1

L I P C O N ,   M A R G U L I E S ,   A L S I N A   &   W I N K L E M A N ,   P . A .