UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SHARON BIONE,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,
ROGER ALBERT VOYAGES, SARL and YKEVA,
SARL

    Defendants.

_____/

CASE NO. 1:17-cv-21143
MOORE/McAliley

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Sharon Bione, and Defendants Royal Caribbean Cruises Ltd., Roger Albert Voyages, Sarl, and Ykeva, Sarl, stipulate to the dismissal of this action with prejudice, with each party bearing their own attorneys' fees and costs.

Dated this 16 day of November, 2017.

| | | |
|---|---|---|
| Adria Notari<br>FBN:87272<br>Michael Winkleman<br>FBN:36719<br>Lipcon, Margulies, Alsina & Winkleman, P.A.<br>One Biscayne Tower, Suite 1776<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 373-3016<br>anotari@lipcon.com<br>mwinkleman@lipcon.com<br>**COUNSEL FOR PLAINTIFF** | Robert Blanck, Esq.<br>FBN:0311367<br>Blanck & Cooper, P.A.<br>5730 S.W. 74th Street, Suite 700<br>Miami, FL 33143<br>Telephone: (305) 663-0177<br>rblanck@shiplawusa.com<br>**COUNSEL FOR DEFENDANT YKEVA SARL** | Shannon Rodriguez, Esq.<br>FBN: 36466<br>Karl Brandes, Esq.<br>FBN: 329797<br>PHELPS DUNBAR, LLP<br>100 South Ashley Drive, Suite 1900<br>Tampa, Florida 33602<br>Telephone: 813-472-7550<br>karl.brandes@phelps.com<br>shannon.rodriguez@phelps.com<br>**COUNSEL FOR DEFENDANTS ROYAL CARIBBEAN CRUISES LTD. and ROGER ALBERT VOYAGES** |