UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 17-21143-CV-Moore/McAliley

SHARON BIONE,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES LTD.,
ROGER ALBERT VOYAGES SARL,
and YKEVA SARL,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court upon the Joint Stipulation of Dismissal With Prejudice, and it appearing to the Court that the subject cause has been amicably settled, and being otherwise fully advised in the premises, it is:

ORDERED AND ADJUDGED that this cause be, and the same is, hereby Dismissed With Prejudice, each party to bear its own costs and attorneys' fees.

DONE AND ORDERED in Chambers at Miami Dade County, Florida, this _____ day of _____, 2017.

_____
District Court Judge

cc: **Robert W. Blanck, Esq**. rblanck@shiplawusa.com
cc: **Adria G. Notari, Esq.** anotari@lipcon.com
cc: **Shannon A. Rodriguez, Esq.** shannon.rodriguez@phelps.com

7733/OrderDismissal